IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| GUADALUPE O.,[1] | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:20-CV-00100-BU |
| ANDREW M. SAUL, Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## REPORT AND RECOMMENDATION

Now before the Court is the Commissioner of Social Security's Unopposed Motion for Remand. Dkt. No. 21. Through his unopposed motion, the Commissioner asks the Court to remand this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. *Id.* at 1.

Senior United States District Judge Sam R. Cummings reassigned this case to the undersigned United States magistrate judge on September 1, 2020 for further proceedings. Dkt. No. 5. The parties have not consented to the exercise of jurisdiction by the undersigned United States magistrate judge pursuant to 28 U.S.C. § 636(c). As a result, the undersigned is required to file a report and recommendation with respect to all dispositive matters, including motions to remand pursuant to the fourth sentence of 42 U.S.C. § 405(g).

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies Plaintiff only by first name and last initial

1

After reviewing the Commissioner's unopposed motion and the applicable law, the undersigned finds that a hearing on this motion is unnecessary and recommends that the Commissioner's Unopposed Motion for Remand (Dkt. No. 21) be GRANTED.

Accordingly, it is RECOMMENDED that this case be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative action consistent with the Commissioner's motion.

It is ORDERED that this case is transferred back to the docket of the Senior United States District Judge and designated as Civil Action No. 6:20-CV-00100-C.

SO ORDERED this 4th day of June, 2021.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE